May Term, 1840.

WRIGHT
v.
THE STATE.

. *J. Pitcher*, for the plaintiffs.

---

COLUMBIA *v.* DAVIS.—In error.

Thursday, July 2.

---

WRIGHT *v.* THE STATE.

An indictment for living in open and notorious adultery, &c., is not sustained by evidence of occasional illicit intercourse, &c.

Thursday, July 2.

ERROR to the *Pike* Circuit Court.

SULLIVAN, J.— The defendant was indicted for living in open and notorious adultery with a certain woman, &c.

Plea, not guilty. On the trial, the jury found the defendant guilty. Motion for a new trial overruled, and judgment on the verdict.

The testimony did not prove a "living together" as is required by the statute, but simply, if it proved any thing, an occasional illicit intercourse between the defendant and the woman named in the indictment. The offence consists in an open and notorious cohabitation, and unless it be of that character, it is not indictable.

*Per Curiam.*—The judgment is reversed, and the verdict set aside, with costs. Cause remanded, &c.

*J. Pitcher,* for the plaintiff.

*W. J. Peaslee,* for the state.